Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
(415) 436-9682
jaugustine@biologicaldiversity.org

René P. Voss (CA Bar No. 255758)
15 Alderney Road
San Anselmo, CA 94960
(415) 446-9027
renepvoss@gmail.com

*Attorneys for Plaintiffs*

<div style="border:1px solid">

**FILED**

**Dec 05, 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

</div>

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and EARTH ISLAND INSTITUTE, | ) ) ) Case No. 2:16-cv-02322-VC |
|       Plaintiffs, | ) ) **JOINT STIPULATION REGARDING** |
| v. | ) **PAGE LIMITS** ) AND ORDER |
| | ) Hearing Date: May 4, 2017 |
| ELI ILANO, in his official capacity as Supervisor of the Tahoe National Forest, THOMAS TIDWELL, Chief of the United States Forest Service, and the UNITED STATES FOREST SERVICE, | ) ) Time: 2:00 p.m. ) ) Location: San Francisco Courthouse, ) Courtroom 4 - 17th Floor ) |
|       Defendants. | ) ) |
| and SIERRA PACIFIC INDUSTRIES, a California Corporation, | ) ) ) |
|       Defendant-Intervenor. | ) ) |

Pursuant to Local Rule 7-12 for the Northern District of California and the Court's December 1, 2016, Minute Order (ECF# 17), the Parties have conferred and jointly stipulate to the following page limits with respect to the briefing schedule that was set by the Court during the November 29, 2016, Case Management Conference:

**February 17, 2017**     Plaintiffs' Motion for Summary Judgment and Memorandum in Support shall be 25 pages or less;

**March 13, 2017**     Defendants' Cross-Motion for Summary Judgment and Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment shall be 25 pages or less;

Defendant-Intervenor's Cross-Motion for Summary Judgment and Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment shall be 15 pages or less;

**April 3, 2017**     Plaintiffs' Combined[1] Memorandum in Opposition to Defendants' and Defendant-Intervenor's Cross-Motions for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment shall be 28 pages or less;

**April 17, 2017**     Defendants' Reply in Support of their Cross-Motion for Summary Judgment shall be 20 pages or less;

Defendant-Intervenor's Reply in Support of its Cross-Motion for Summary Judgment shall be 10 pages or less;

Respectfully submitted this 1st day of December, 2016,

*/s/ Justin Augustine*
Justin Augustine, CA Bar No. 235561
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
(415) 436-9682
Email: jaugustine@biologicaldiversity.org

---

[1] Plaintiffs will be filing a single combined brief in response to Defendants' and Defendant-Intervenor's Opening Briefs.  The Parties have compromised and agreed that Plaintiffs will strive to use as few pages as possible and that a maximum of 28 pages strikes a proper balance in order to ensure Plaintiffs have enough space to address both Defendants' and Defendant-Intervenor's arguments.

René P. Voss, CA Bar No. 255758
15 Alderney Road
San Anselmo, CA 94960
(415) 446-9027
Email: renepvoss@gmail.com

*Attorneys for Plaintiffs*


**JOHN C. CRUDEN**
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice


*/s/ Barclay T. Samford*
BARCLAY T. SAMFORD, NM Bar No. 12323
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: 303-844-1475
Fax: 303-844-1350
Email: Clay.Samford@usdoj.gov

*/s/ Devin T. Kenney*
DEVIN KENNEY, UT Bar No. 15647
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
601 D Street, NW, Suite 3137
Washington, D.C. 20004
Tel.:  (202) 532-3351
Fax:  (202) 305-0506
E-mail:  devin.kenney@usdoj.gov


*Attorneys for Federal Defendants*


*/s/ Shelley Addison*
Shelley Addison (CA Bar #178846)
Dun & Martinek
P.O. Box 1266
Eureka, California 95502
Telephone: (707) 442-3791
Fax: (707) 442-9251

sca@dunmartinek.com

*/s/ Lawson E. Fite*
Lawson E. Fite (Ore. Bar #055573)
*Pro Hac Vice Pending*
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, Oregon 97239
Telephone: (503) 222-9505
Fax: (503) 222-3255
lfite@amforest.org

*Attorneys for Defendant-Intervenor*

PURSUANT TO STIPULATION, IT IS SO ORDERED this 5th day of December, 2016.

_____
VINCE G. CHHABRIA
United States District Judge

Joint Stipulation
Case No. 2:16-cv-02322-VC

4