Shelley Addison (CA Bar #178846)
Dun & Martinek
P.O. Box 1266
Eureka, California 95502
Telephone: (707) 442-3791
Fax: (707) 442-9251
sca@dunmartinek.com

Lawson E. Fite (Ore. Bar #055573) *Pro Hac Vice*
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, Oregon 97239
Telephone: (503) 222-9505
Fax: (503) 222-3255
lfite@amforest.org

Attorneys for Defendant-Intervenor

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and EARTH ISLAND INSTITUTE,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>ELI ILANO, in his official capacity as Supervisor for the Tahoe National Forest, THOMAS TIDWELL, Chief of the United States Forest Service, and the UNITED STATES FOREST SERVICE,<br><br>　　Defendants,<br><br>　　and<br><br>SIERRA PACIFIC INDUSTRIES, a California Corporation,<br><br>　　Defendant-Intervenor. | No. 2:16-cv-02322-VC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE** |

*Center for Biological Diversity et al., v. Eli Ilano et al.,* Case No. 2:16-cv-02322-VC
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE – Page 1

Pursuant to Civil Local Rules 6-2 and 7-12 of the United States District Court for the Northern District of California, the undersigned parties hereby stipulate to the following adjustments to the briefing schedule in this case, which would extend the deadline for defendant-intervenor's opening brief by three days without affecting other dates in this matter:

| Deadline | Current date | New date |
| --- | --- | --- |
| Defendants' Cross-Motion for Summary Judgment and Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment (25 pages or less); | March 13, 2017 | March 13, 2017 (no change) |
| Defendant-Intervenor's Cross-Motion for Summary Judgment and Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment (15 pages or less) | March 13, 2017 | March 16, 2017 |
| Plaintiffs' Combined Memorandum in Opposition to Defendants' and Defendant-Intervenor's Cross-Motions for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment (28 pages or less) | April 3, 2017 | April 3, 2017 (no change) |
| Defendants' Reply in Support of their Cross-Motion for Summary Judgment (20 pages or less); Defendant-Intervenor's Reply in Support of its Cross-Motion for Summary Judgment (10 pages or less) | April 17, 2017 | April 17, 2017 (no change) |
| Hearing | May 4, 2017 at 2:00 p.m. | May 4, 2017 at 2:00 p.m. (no change) |

The changes are requested as a result of two unexpected briefing deadlines in the Ninth Circuit for defendant-intervenor's counsel, which would otherwise conflict with preparation and filing of defendant-intervenor's opening brief. Slight staggering will also enable defendant-intervenor to better

avoid unnecessary duplication of federal defendants' arguments.

The parties have not requested a previous continuance of the briefing schedule.

Accordingly, the parties request the Court approve this Stipulation, and enter the proposed changes to the briefing schedule in this matter.

Respectfully submitted this 9th day of March, 2017.

           */s/ Shelley Addison*
Shelley Addison (CA Bar #178846)
Dun & Martinek
P.O. Box 1266
Eureka, California 95502
Telephone: (707) 442-3791
Fax: (707) 442-9251
sca@dunmartinek.com

           */s/ Lawson E. Fite*
Lawson E. Fite (OR Bar #055573)
*Pro Hac Vice*
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, Oregon 97239
Telephone: (503) 222-9505
Fax: (503) 222-3255
lfite@amforest.org

*Attorneys for Defendant-Intervenor Sierra Pacific Industries*

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Barclay T. Samford (by LEF as authorized 3-9-17)*
BARCLAY T. SAMFORD, NM Bar No. 12323
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: 303-844-1475

*Center for Biological Diversity et al., v. Eli Ilano et al.,* Case No. 2:16-cv-02322-VC
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE – Page 3

Fax: 303-844-1350
Email: Clay.Samford@usdoj.gov

*/s/ Devin Kenney (by LEF as authorized 3-9-17)*
DEVIN KENNEY, UT Bar No. 15647
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
601 D Street, NW, Suite 3137
Washington, D.C. 20004
Tel.:  (202) 532-3351
Fax:  (202) 305-0506
E-mail:  devin.kenney@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Justin Augustine (by LEF as authorized 3-9-17)*
Justin Augustine, CA Bar No. 235561
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
(415) 436-9682
Email: jaugustine@biologicaldiversity.org

René P. Voss, CA Bar No. 255758
15 Alderney Road
San Anselmo, CA 94960
(415) 446-9027
Email: renepvoss@gmail.com

*Attorneys for Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 10, 2017

_____
VINCE G. CHHABRIA
United States District Judge

CERTIFICATE OF SERVICE

I, Lawson Fite, hereby certify that I, on March 9, 2017, caused the foregoing to be served upon counsel of record through the electronic service system of the United States District Court, Eastern District of California.

Dated:  March 9, 2017              /s/ Lawson E. Fite
                                   Lawson E. Fite

*Center for Biological Diversity et al., v. Eli Ilano et al.,* Case No. 2:16-cv-02322-VC
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE – Page 5