UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ELI ILANO, et al.<br><br>        Defendants. | Case No. 16-cv-02322-VC<br><br>**JUDGMENT** |

The Court, having granted summary judgment for the defendants, now enters judgment in favor of the defendants and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 16, 2017

VINCE CHHABRIA
United States District Judge