UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and EARTH ISLAND INSTITUTE,<br><br>    Plaintiff,<br><br>    v.<br><br>ELI ILANO, in his official capacity as Supervisor of the Tahoe National Forest, THOMAS TIDWELL, Chief of the United States Forest Service, and the UNITED STATES FOREST SERVICE,<br><br>    Defendants,<br><br>and SIERRA PACIFIC INDUSTRIES, a California Corporation,<br><br>    Defendant-Intervenor | Case No. 16-cv-02322-VC<br><br>**ORDER GRANTING BRIEFING SCHEDULE WITH MODIFICATION**<br><br>Re: Dkt. No. 38 |

    Plaintiffs' Notice of Appeal and Motion for Injunction Pending Appeal (and Memorandum in Support) shall be filed no later than **August 30, 2017**. Defendants' and Defendant-Intervenor's Opposition to Plaintiffs' Motion shall be filed no later than **September 12, 2017**. Any reply by Plaintiffs shall be filed no later than **September 14, 2017**. Unless the parties receive notice to the contrary, the court will decide the motion on the papers.

    **IT IS SO ORDERED.**

Dated: August 29, 2017

_____
VINCE CHHABRIA
United States District Judge