UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and EARTH ISLAND INSTITUTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELI ILANO, in his official capacity as Supervisor of the Tahoe National Forest, THOMAS TIDWELL, Chief of the United States Forest Service, and the UNITED STATES FOREST SERVICE,<br><br>　　　　Defendants,<br><br>and SIERRA PACIFIC INDUSTRIES, a California Corporation,<br><br>　　　　Defendant-Intervenor | Case No. 16-cv-02322-VC<br><br>**ORDER DENYING INJUNCTION PENDING APPEAL**<br><br>Re: Dkt. Nos. 41, 44, 45 |

　　　Plaintiffs' motion for an injunction pending appeal is denied. As discussed in the order granting summary judgment to defendants, neither the public interest or the balance of hardships in this case support enjoining the Sunny South Project. *See* Dkt. No. 35 at 10, n. 5.

　　**IT IS SO ORDERED.**

Dated: September 15, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge